UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelli E. Baker<br>               Debtor(s) | |
| VW Credit Leasing, Ltd<br>               Movant<br>    v.<br>Kelli E. Baker<br>              Respondent<br>       and<br>Ronda J. Winnecour, Trustee<br>               Additional Respondent | BK. NO. 17-20097 CMB<br><br>CHAPTER 13<br><br>Related to Docket # __38__<br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

    AND NOW, this 27th day of April, 2018, at Pittsburgh, upon Motion of VW Credit Leasing, Ltd, it is

    **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Audi A5 2.0T PRM ALL, VIN: WAUD2AFR8GA039802, in a commercially reasonable manner.

_____
United States Bankruptcy Judge

kmt

cc: See attached service list:

FILED
4/27/18 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Kelli E. Baker
43 E. Orchard Avenue
Pittsburgh, PA 15202

Bryan P. Keenan Esq.
993 Greentree Road
Suite 101
Pittsburgh, PA 15220

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 17-20097-CMB
Kelli E. Baker                                                     Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe               Page 1 of 1              Date Rcvd: Apr 27, 2018
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2018.
db             +Kelli E. Baker,    43 E. Orchard Avenue,    Pittsburgh, PA 15202-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2018 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Kelli E. Baker keenan662@gmail.com,  melindap662@gmail.com
              James Warmbrodt    on behalf of Creditor   VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6