**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/11/2021

IN RE:

KELLI E. BAKER
43 E. ORCHARD AVENUE
PITTSBURGH, PA 15202
XXX-XX-5282        Debtor(s)

Case No.17-20097 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/11/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HOME POINT FINANCIAL CORP(\*)**<br>11511 LUNA RD STE 300<br>FARMERS BRANCH, TX 75234 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR\*DKT4PMT-LMT\*BGN 2/17\*FR STONEGATE MTG CORP~DOC 26 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9144 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 3,715.33<br>COMMENT: CAPITAL ONE BANK NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0902 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1996 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 3,154.25<br>COMMENT: SEARS~CITIBANK NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9576 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 17,784.76<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3723 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br>WILKES-BARRE, PA 18773-9640 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5064 |
| **SUNTRUST BANK\*\***<br>SUPPORT SVCS/BANKRUPTCY<br>POB 85092\*\*<br>RICHMOND, VA 23286 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 22,750.25<br>COMMENT: LIGHTSTREAM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3519 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 640.76<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8340 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account |
|---|---|---|
| **VW CREDIT LEASING LTD**<br>PO BOX 610353<br><br>DALLAS, TX 75261-0353 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 4,006.30<br>COMMENT: RS/OE*SURR/PL*630.72 x31MO REM/PL-CL+31.54 ARRS/CL*AUDI FNCL/SCH G*$19, | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7728 |
| **GLHEC & AFFILIATES: GLHEGC NELA USAF**<br>PO BOX 809142<br><br>CHICAGO, IL 60680 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:3-3<br><br>CLAIM: 8,076.16<br>COMMENT: PD/PRIOR PL*ACCT NT/SCH*AMD*FR NAVIENT/USAF-DOC 55 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5282 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4620/PRAE |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 9,310.70<br>COMMENT: PD/PRIOR PL*ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5282 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 13,733.26<br>COMMENT: PD/PRIOR PLAN*ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5282 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 15,897.23<br>COMMENT: PD/PRIOR PLAN*ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5282 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 1,659.33<br>COMMENT: PD/PRIOR PL~WATCH %ADJ!*ACCT NT/SCH*DK!! | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 5282 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 11,945.45<br>COMMENT: PD/PRIOR PL*ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5282 |
| **NAVIENT CFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 0.00<br>COMMENT: CL9:$2280.09~W/DRWN@DOC 62*DK! | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 4981 |
| **HOME POINT FINANCIAL CORP(*)**<br>11511 LUNA RD STE 300<br><br>FARMERS BRANCH, TX 75234 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 828.65<br>COMMENT: $CL-PL*THR 1/17*FR STONEGATE MTG CORP~DOC 26 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9144 |

| CLAIM RECORDS | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number:13 <br><br> CLAIM: 51.21 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5282 |
| **GREAT LAKES HIGHER EDUCATION GUARANTY** <br> PO BOX 809142 <br><br> CHICAGO, IL 60680 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number:3-2 <br><br> CLAIM: 0.00 <br> COMMENT: W/12*IMPROPER AMD CL REPL BY ORIGINAL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5282 |
| **BRIAN C NICHOLAS ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA 19106 | Trustee Claim Number:23  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: VW CREDIT LEASING/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |