# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | KELLI E. BAKER |
|---|---|
| CASE NO. | 17-20097-CMB |
| RELATED TO DOCUMENT NO. | 62 – WITHDRAWAL OF CLAIM NO. 9 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Withdrawal of Claim that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The document must be refiled with the spelling of the Debtor's first name corrected.

You must file an Amended Withdrawal of Claim within ten (10) days of the date of this notice.

| May 10, 2021 | By: | /s/Melissa Guthrie |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-20097-CMB

Kelli E. Baker                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: mgut                                    Page 1 of 2
Date Rcvd: May 10, 2021                 Form ID: pdf901                          Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/PDF: pa_dc_claims@navient.com | May 11 2021 01:00:44 | JENNIFER R. MUSIAL, C/O SALLIE MAE INC, 220 LASLEY AVE, WILKES-BARRE, PA 18706-1430 |
| cr | + Email/PDF: pa_dc_claims@navient.com | May 11 2021 00:58:53 | Navient Solutions,LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VW Credit Leasing  Ltd bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Kelli E. Baker keenan662@gmail.com  melindap662@gmail.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                                  User: mgut                                  Page 2 of 2
Date Rcvd: May 10, 2021                           Form ID: pdf901                          Total Noticed: 2

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com


TOTAL: 8