IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No. 17-20097-CMB** |
| **Kelli E. Baker** ) | **Chapter 13** |
| ) | **Doc No. __** |
| **Debtor** ) | |
| **Bryan Keenan, Esquire** ) | |
| **APPLICANT** ) | |
| vs. ) | |
| **No Respondent(s)** ) | |

**Certificates of Service Of**
**STIPULATED ORDER CONCERNING COMPENSATION TO BE PAID TO DEBTORS COUNSEL IN ACCORDANCE WITH THE CONFIRMED PLAN**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **January 10, 2022**

The type(s) of service made on the parties was: **electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com


Date: **January 10, 2022**                    **/s/ Bryan P. Keenan**
                                              Bryan P. Keenan, PA ID No. 89053
                                              Bryan P. Keenan & Associates P.C.
                                              Attorney for Debtor
                                              993 Greentree Road, Suite 101
                                              Pittsburgh, PA 15220
                                              (412) 922-5116
                                              keenan662@gmail.com