**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KELLI E. BAKER<br><br>  Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Respondents. | Case No.:17-20097<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/10/2017 and confirmed on 2/17/17 . The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 83,356.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,356.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,500.00 | |
|   Trustee Fee | 3,839.07 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,339.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 58,572.64 | 0.00 | 58,572.64 |
|     Acct: 1700 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 828.65 | 828.65 | 0.00 | 828.65 |
|     Acct: 1700 | | | | |
| | | | | 59,401.29 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KELLI E. BAKER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VW CREDIT LEASING LTD | 4,006.30 | 4,006.30 | 0.00 | 4,006.30 |
|     Acct: 7728 | | | | |
| | | | | 4,006.30 |
| **Unsecured** | | | | |
|   NAVIENT PC TRUST | 1,659.33 | 269.03 | 0.00 | 269.03 |
|     Acct: 5282 | | | | |
|   NAVIENT CFC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4981 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,715.33 | 393.54 | 0.00 | 393.54 |
|     Acct: 0902 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1996 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,154.25 | 334.12 | 0.00 | 334.12 |
|     Acct: 9576 | | | | |
|   DISCOVER BANK(*) | 17,784.76 | 1,883.86 | 0.00 | 1,883.86 |
|     Acct: 3723 | | | | |
|   NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5064 | | | | |
| SUNTRUST BANK** | 22,750.25 | 2,409.83 | 0.00 | 2,409.83 |
| Acct: 3519 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 640.76 | 67.88 | 0.00 | 67.88 |
| Acct: 8340 | | | | |
| GLHEC & AFFILIATES: GLHEGC NELA USA | 8,076.16 | 855.47 | 0.00 | 855.47 |
| Acct: 5282 | | | | |
| NAVIENT PC TRUST | 9,310.70 | 986.24 | 0.00 | 986.24 |
| Acct: 5282 | | | | |
| NAVIENT PC TRUST | 13,733.26 | 1,454.70 | 0.00 | 1,454.70 |
| Acct: 5282 | | | | |
| NAVIENT PC TRUST | 15,897.23 | 1,683.92 | 0.00 | 1,683.92 |
| Acct: 5282 | | | | |
| NAVIENT PC TRUST | 11,945.45 | 1,265.33 | 0.00 | 1,265.33 |
| Acct: 5282 | | | | |
| DUQUESNE LIGHT COMPANY* | 51.21 | 5.42 | 0.00 | 5.42 |
| Acct: 5282 | | | | |
| GREAT LAKES HIGHER EDUCATION GUAR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5282 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 11,609.34 |
| | | | | |
| TOTAL PAID TO CREDITORS | | | | 75,016.93 |

TOTAL CLAIMED
PRIORITY        4,006.30
SECURED           828.65
UNSECURED    108,718.69

Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KELLI E. BAKER

        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:17-20097

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-20097-CMB
Kelli E. Baker Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Jan 27, 2022 Form ID: pdf900 Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelli E. Baker, 43 E. Orchard Avenue, Pittsburgh, PA 15202-1250 |
| 15425862 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14361297 |  | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14347668 | + | StoneGate Mortgage, 4849 Greenville Ave, STE 800, Dallas, TX 75206-4130 |
| 14378114 | + | Stonegate Mortgage Coroporation, P.O. Box 790309, Payment Processing Center, St. Louis, MD 63179-0309 |
| 14391269 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: pa_dc_claims@navient.com | Jan 27 2022 23:36:59 | Navient Solutions,LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 27 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14779183 |  | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 27 2022 23:38:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14347663 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:19 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14347665 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:37:17 | Citibank / Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14347666 |  | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:38:00 | Discover Financial, Po Box 30943, Salt Lake City, UT 84130 |
| 14411393 |  | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14350815 |  | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14421975 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2022 23:39:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14654278 |  | Email/Text: bankruptcy@homepointfinancial.com | Jan 27 2022 23:38:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14347664 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:37:09 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14371674 |  | Email/PDF: pa_dc_claims@navient.com | Jan 27 2022 23:37:13 | NAVIENT SOLUTIONS,INC, P.O. BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 14347667 | + | Email/PDF: pa_dc_claims@navient.com | | |

Case 17-20097-CMB  Doc 80  Filed 01/29/22  Entered 01/30/22 00:27:52  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 27 2022 23:37:13 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14423165 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14367995 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:37:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14353020 | + | Email/Text: bankruptcy@bbandt.com | Jan 27 2022 23:38:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14347669 | + | Email/Text: bankruptcy@lightstream.com | Jan 27 2022 23:39:00 | Suntrust, 655 W Broadway Ste 1300, San Diego, CA 92101-8490 |
| 14391269 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jan 27 2022 23:38:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14347670 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:37:03 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | VW Credit Leasing, Ltd |
| 14347662 | | Audi Financial, P.O. Box 3 |
| cr | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 Buttonwood Court, MADISON, WI 53718, address filed with court:, GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VW Credit Leasing  Ltd bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Kelli E. Baker keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 24 |

Charles Griffin Wohlrab
    on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com

TOTAL: 8