**Fill in this information to identify the case:**

Debtor 1     Kelli E Baker

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 17-20097-CMB

Form 4100R
# Response to Notice of Final Cure Payment                                  12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1:    Mortgage Information**

| **Name of Creditor:**   Freedom Mortgage Corporation | **Court claim no.** (if known): 10 |
|---|---|

**Last 4 digits** of any number you use to identify the debtor's account: 1700

**Property address:**    43 E ORCHARD AVE
Number  Street
*Pittsburgh, PA 15202
City        State       ZIP Code

**Part 2:    Prepetition Default Payments**

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

**Part 3:    Postpetition Mortgage Payment**

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  02/01/2022
                                                              MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                   (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:             +(b) $ _____

c.  **Total.** Add lines a and b.                                              (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                                      _____
                                                            MM/DD/YYYY

Debtor 1  Kelli E Baker                                   Case number *(if known)* 17-20097-CMB
         First    Middle    Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon                                         Date 02/16/2022
   Signature

Print    Mario Hanyon                                     Title    Attorney
         First Name    Middle Name    Last Name

Company    Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    302 Fellowship Road, Ste 130
           Number    Street

           Mount Laurel, NJ 08054
           City                State    ZIP Code

Contact phone    844-856-6646 x4560        Email pabkr@brockandscott.com

Form 4100R                    Response to Notice of Final Cure Payment                    page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: | |
| Kelli E Baker | Case No. 17-20097-CMB |
| | Chapter 13 |
| Freedom Mortgage Corporation, | |
|     Movant | |
| | Hearing Date: TBD |
| | Hearing Time: TBD |
| | Objection Date: TBD |
| vs. | |
| Kelli E Baker, | |
|     Debtor, | |
| Ronda J Winnecour | |
|     Respondent | |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

Bryan P. Keenan, Esq.
993 Greentree Road
Suite 200
Pittsburgh, PA 15220
*Counsel for Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

Kelli E Baker
43 E. Orchard Avenue
Pittsburgh, PA 15202
*Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>February 16, 2022</u>

<u>*/s/ Mario Hanyon*</u>
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com