**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   KELLI E. BAKER

        Debtor(s)

   Ronda J. Winnecour
       Movant
      vs.
   No Repondents.

Case No.:17-20097

Chapter 13

Related to:  Document No. 77

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __15th__ day of __March__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
3/15/22 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kelli E. Baker  
    Debtor

Case No. 17-20097-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 15, 2022      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelli E. Baker, 43 E. Orchard Avenue, Pittsburgh, PA 15202-1250 |
| 15425862 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14361297 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14347668 | + | StoneGate Mortgage, 4849 Greenville Ave, STE 800, Dallas, TX 75206-4130 |
| 14378114 | + | Stonegate Mortgage Coroporation, P.O. Box 790309, Payment Processing Center, St. Louis, MD 63179-0309 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: pa_dc_claims@navient.com | Mar 15 2022 23:52:20 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 15 2022 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14779183 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 15 2022 23:48:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14347663 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2022 23:52:31 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14347665 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2022 23:52:33 | Citibank / Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14347666 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:48:00 | Discover Financial, Po Box 30943, Salt Lake City, UT 84130 |
| 14411393 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2022 23:49:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14350815 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14421975 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 15 2022 23:49:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14654278 | | Email/Text: bankruptcy@homepointfinancial.com | Mar 15 2022 23:48:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14347664 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 23:52:19 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14371674 | | Email/PDF: pa_dc_claims@navient.com | Mar 15 2022 23:52:32 | NAVIENT SOLUTIONS, INC, P.O. BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 14347667 | + | Email/PDF: pa_dc_claims@navient.com | Mar 15 2022 23:52:32 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |

| 14423165 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| --- | --- | --- | --- | --- |
| | | | Mar 15 2022 23:52:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14367995 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Mar 15 2022 23:52:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14353020 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Mar 15 2022 23:49:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14347669 | + | Email/Text: bankruptcy@lightstream.com | | |
| | | | Mar 15 2022 23:49:00 | Suntrust, 655 W Broadway Ste 1300, San Diego, CA 92101-8490 |
| 14391269 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | | |
| | | | Mar 15 2022 23:48:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14347670 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 15 2022 23:52:33 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Duquesne Light Company |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | VW Credit Leasing, Ltd |
| 14347662 | | Audi Financial, P.O. Box 3 |
| cr | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 Buttonwood Court, MADISON, WI 53718-2156, address filed with court:, GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2022         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor VW Credit Leasing Ltd bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Kelli E. Baker keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Charles Griffin Wohlrab | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 24 |

on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com

Mario J. Hanyon

on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sindi Mncina

on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com

TOTAL: 9